USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF NEW YORK,

    Plaintiff,

-against-

HARMEET SINGH, et al.

    Defendants.

20-CV-8586 (AT) (BCM)

**ORDER ADJOURNING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the settlement conference previously scheduled for June 24, 2021, is ADJOURNED sine die. At such time as the parties believe a rescheduled settlement conference would be productive, they are directed to contact Judge Moses's chambers with at least two proposed dates for an afternoon settlement conference.

Dated: New York, New York
      June 22, 2021

                        **SO ORDERED.**

                        **BARBARA MOSES**
                        **UNITED STATES MAGISTRATE JUDGE**