UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

               Plaintiff,

-against-

HARMEET SINGH, ABRAHAM HANUKA and
JOSEPH HANUKA,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2021_
```

20 Civ. 8586 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The case management conference scheduled for September 15, 2021, is ADJOURNED to **October 26, 2021**, at **10:20 a.m.** By **October 19, 2021**, the parties shall file their joint status letter.

       SO ORDERED.

Dated: September 7, 2021
       New York, New York

                                                   ANALISA TORRES
                                          United States District Judge