UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
THE CITY OF NEW YORK,

               Plaintiff,

-against-

HARMEET SINGH, ABRAHAM HANUKA and
JOSEPH HANUKA,

               Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/4/2021
```

20 Civ. 8586 (AT)

**ORDER**

ANALISA TORRES, District Judge:

In an order dated September 13, 2021, the Court granted Defendant's motion to dismiss all claims in this case, and directed the City of New York (the "City") to file an amended complaint by September 27, 2021. ECF No. 35. The City has failed to do so. Accordingly, the Clerk of Court is directed to vacate all conferences and close the case.

SO ORDERED.

Dated: October 4, 2021
       New York, New York

                                                 ANALISA TORRES
                                        United States District Judge